UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAMUEL JONES )
    Plaintiff )  CIVIL ACTION
)
v. ) NO. _____
)
SHARON CREDIT UNION )
    Defendant )
)

### COMPLAINT TO RECOVER TRUST FUND

1. The plaintiff is a resident of Boston, Suffolk County, and a citizen of the United States.

2. The defendant Sharon Credit Union, a "Bank" or "Credit-Union" or any "Corporation" authorized to do the business of banking company under chapter 172(A), or any individuals, partnership, association or corporation, incorporated or doing a banking business in the Commonwealth, subject to the supervision of the Commissioner of banks.

3. The "Commissioner", the Commissioner, the Commissioner of banks, Steven L. Antonakes, or the board of directors shall have the authority to exercise all the powers of the fund. Said board shall have the authority to make, amend, and repeal by-laws, rules and regulations to govern the manage- management and affairs of the fund.

4. The defendant, Sharon Credit Union, a corporation or person duly authorized to do business in Sharon, Norfolk County, as president of such bank, James L. Carlson a citizens of the United States. The Credit Union as defined under M.G.L. 171 & 7;

%JS 44 (Rev. 3/99)  **CIVIL COVER SHEET**  ATTACHMENT 2

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
### DEFENDANTS

(b) County of Residence of First Listed Plaintiff: **Suffolk**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: **Norfolk**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Samuel Jones, Pro Se
178 Humboldt Ave., Suite #3
Boston, MA 02121  857-492-1797

Attorneys (If Known)
President, James Carlson
30 Pond Street, Sharon, MA 02067

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS |  | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | ☐ 365 Personal Injury — Product Liability | | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | Habeas Corpus: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | **FEDERAL TAX SUITS** | |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

### VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



# The Commonwealth of Massachusetts
## Office of the Commissioner of Banks
One South Station
Boston, Massachusetts 02110

MITT ROMNEY
GOVERNOR

KERRY HEALEY
LIEUTENANT GOVERNOR

STEVEN L. ANTONAKES
COMMISSIONER OF BANKS

BETH LINDSTROM
DIRECTOR
OFFICE OF CONSUMER AFFAIRS
AND BUSINESS REGULATION

March 30, 2004

Samuel Jones
178 Humboldt Avenue, Suite #3
Boston, Massachusetts 02121

Dear Mr. Jones:

    The Division of Banks ("Division") received your recent correspondence regarding your account with Sharon Credit Union. I am sorry to see that you still are questioning this matter. I understand that you have also contacted the credit union and have previously discussed the matter with the credit union's personnel.

    The funds in question were deposited into your accounts with the credit union. Over time the account statements show that you made withdrawals that brought the balance down. Copies of the statements have been provided to your previously and are enclosed again for your information. As the transactions, for the most part, took place over six years ago you may not recall them. The credit union has no record of your disputing the transactions during the time you were provided with the statements showing the withdrawals.

    There is no additional assistance that the Division can provide.

Sincerely,

*Christine Snow*

Christine Snow
Chief Director
Compliance and Community Affairs Section

Enclosures

**Sharon Credit Union**
42 Pond Street
Sharon, Massachusetts 02067
(781) 784-7725



SHARON CREDIT·UNION

| ACCOUNT NUMBER | PAGE |
|---|---|
| 16325618 | 1 of 1 |

| 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 | 01-01-01 | 01-31-01 |
|---|---|---|
| SOCIAL SECURITY NO. | FROM | TO |
| | STATEMENT PERIOD | |

2438

SAMUEL JONES
PO BOX 191714
BOSTON MA 02119-0032

*Annual Auto Loan Special*
**6.75% APR**
**New, Used or Refinance**
or
6.50% APR with payroll deduction
Call us for details at 781-784-7725
or visit us at sharoncu.com

### Savings 1    PRIMARY SAVINGS

| Eff date Post | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 12-31-00 | Previous Balance | | | 52.40 |
| 01-03-01 | ACH Deposit | | 1214.00 | 1266.40 |
| | US TREASURY 303(3031036030)-SOC SEC | | | |
| 01-03-01 | Withdrawal Transfer | 1050.00 | | 216.40 |
| | to your Share 45 | | | |
| 01-17-01 | Withdrawal Transfer | 175.00 | | 41.40 |
| | to your Share 45 | | | |
| 01-31-01 | Deposit Dividend | | 0.28 | 41.68 |
| | Annual Percentage Yield Earned 2.76% | | | |
| | on Avg Daily Bal of 121.14 for 31 Days | | | |
| 01-31-01 | New Balance | | | 41.68 |

Interest of     0.28    has been paid year-to-date for this suffix.




MEMBER STATEMENT OF ACCOUNT

**Sharon Credit Union**
42 Pond Street
Sharon, MA 02067
(781) 784-7725



**STATEMENT PERIOD**
FROM:  07-01-04
TO:    09-30-04

Account No.   16325618

**SAMUEL JONES**
**PO BOX 191714**
**BOSTON      MA  02119-0032**

NOTICE: SEE REVERSE SIDE FOR IMPORANT INFORMATION

Page   1

## STATEMENT OF ACCOUNTS

**Share 1       SHARE ACCOUNT**



| Eff date Post | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 06-30-04 | Previous Balance | | | 29.23 |
| 07-31-04 | Deposit Dividend | | 0.01 | 29.24 |
| | Annual Percentage Yield Earned 0.40% for 31 Days | | | |
| 08-31-04 | Deposit Dividend | | 0.01 | 29.25 |
| | Annual Percentage Yield Earned 0.40% for 31 Days | | | |
| 09-30-04 | Deposit Dividend | | 0.01 | 29.26 |
| | Annual Percentage Yield Earned 0.42% for 30 Days | | | |
| 09-30-04 | New Balance | | | 29.26 |

Interest of      0.09    has been paid year-to-date for this suffix.

**Share 2       SHARE ACCOUNT**

| Eff date Post | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 06-30-04 | Previous Balance | | | 10.05 |
| 09-30-04 | New Balance | | | 10.05 |

**Share 60      MONEY MARKET**

| Eff date Post | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|
| 06-30-04 | Previous Balance | | | 25.46 |
| 09-30-04 | New Balance | | | 25.46 |