UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAMUEL JONES,
        Plaintiff,

v.                             Civil Action No. 04-12652-DPW

SHARON CREDIT UNION,
        Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐   GRANTED.

☒   DENIED WITHOUT PREJUDICE for the following reason(s): Plaintiff has failed to completely answer questions five and six on the application concerning ownership of property and dependents.

☒   Plaintiff shall either file a new application to proceed without prepayment of fees or pay the $150.00 filing fee within 35 days or this action shall be dismissed without prejudice.

☐   The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, complaint, and this order upon defendant(s) as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

  1/12/05                                        /s/ Douglas P. Woodlock
DATE                                          DOUGLAS P. WOODLOCK
                                                 UNITED STATES DISTRICT JUDGE