Case Name: JONES v. Sharon Credit Union
Case Number: 1:04-CV-12652

AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

FILED CLERKS OFFICE

District of **Massachusetts** 2005 JAN 28 P 3:38

U.S. DISTRICT COURT
DISTRICT OF MASS

SAMUEL JONES

Plaintiff

V.

SHARON CREDIT UNION

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 1:04-CV-12652

I, **Samuel Jones**, declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☐ Yes    ☒ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration _____

   Are you employed at the institution? _____ Do you receive any payment from the institution? _____

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. **MBTA**
   **February 15, 1994**    Gross average weekly paid $540
   10 Park Plaza, Boston, MA
   employee # 9833

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | |
   |---|---|---|
   | a. Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. Rent payments, interest or dividends | ☒ Yes | ☐ No |
   | c. Pensions, annuities or life insurance payments | ☒ Yes | ☐ No |
   | d. Disability or workers compensation payments | ☒ Yes | ☐ No |
   | e. Gifts or inheritances | ☐ Yes | ☐ No |
   | f. Any other sources | ☐ Yes | ☐ No |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

See attached documents

```
*** REC 2005012  090838 H3FD25E0 NCPV  CIPQYAE    PQAE    (F-NCP )  ***
```

SOCIAL SECURITY ADMINISTRATION

CASE Name: Jones V. Sharon Credit Union
Case NO: 1:04-cv-12652

Date: January 12, 2005
Claim Number: 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A
              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DI

SAMUEL JONES
PO BOX 191714
BOSTON MA 02119-0032

SOCIAL SECURITY ADMINISTRATION
10 MALCOLM X BOULEVARD
[ROXBURY MA 02119]

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2004, the full monthly
   Social Security benefit before any deductions is......$ 1325.80

   We deduct $78.20 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 1247.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Information About Supplemental Security Income Payments

   Beginning March 1986, the current
   Supplemental Security Income payment is...............$ 0.00

   This payment amount may change from month to month if income or living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

## Form 1099-R (Copy 2) — 2004

| Field | Value |
|---|---|
| CORRECTED (if checked) | ☐ |
| PAYER'S name, address | GILLETTE CO RETIREMENT TRUST FUND, PRUDENTIAL TWR BLDG-800 BOYLSTON ST, BOSTON, MA 02199 |
| PAYER'S Federal ID number | 04-6011426 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT'S name, address | SAMUEL JONES, P.O. BOX 191714, BOSTON, MA 02119 |
| 1 Gross distribution | (illegible) |
| 2a Taxable amount | (illegible) |
| 7 Distribution Code | 7 |
| 11 State/Payer's state no. | MA 046-011-42608 |
| 12 State distribution | $1271.52 |

FORM 1099R — Department of the Treasury - Internal Revenue Service — 16-0331690

---

## Form 1099-R (Copy B) — 2004
OMB No. 1545-0119

| Field | Value |
|---|---|
| CORRECTED (if checked) | ☐ |
| PAYER | GILLETTE CO RETIREMENT TRUST FUND, PRUDENTIAL TWR BLDG-800 BOYLSTON ST, BOSTON, MA 02199 |
| PAYER'S Federal ID number | 04-6011426 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT | SAMUEL JONES, P.O. BOX 191714, BOSTON, MA 02119 |
| 1 Gross distribution | $1271.52 |
| 2a Taxable amount | $1271.52 |
| 7 Distribution Code | 7 |
| 11 State/Payer's state no. | MA 046-011-42608 |
| 12 State distribution | $1271.52 |

Copy B — Report this income on your Federal tax return. If this form shows Federal income tax withheld in Box 4, attach this copy to your return.

FORM 1099R — Department of the Treasury - Internal Revenue Service

---

## Form 1099-R (Copy C) — 2004
OMB No. 1545-0119

| Field | Value |
|---|---|
| CORRECTED (if checked) | ☐ |
| PAYER | GILLETTE CO RETIREMENT TRUST FUND, PRUDENTIAL TWR BLDG-800 BOYLSTON ST, BOSTON, MA 02199 |
| PAYER'S Federal ID number | 04-6011426 |
| RECIPIENT'S identification number | 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 |
| RECIPIENT | SAMUEL JONES, P.O. BOX 191714, BOSTON, MA 02119 |
| 1 Gross distribution | $1271.52 |
| 2a Taxable amount | $1271.52 |
| 7 Distribution Code | 7 |
| 11 State/Payer's state no. | MA 046-011-42608 |
| 12 State distribution | $1271.52 |

Copy C — For Recipient's Records

**Sharon Credit Union**
42 Pond Street
Sharon, MA 02067
(781) 784-7725



Case Name: Jones v. Sharon Credit Union
Case No: 1-04-cv-12652

**STATEMENT PERIOD**
FROM:   10-01-04
TO:     12-31-04

Account No.   16325618

SAMUEL JONES
PO BOX 191714
BOSTON     MA  02119-0032

NOTICE: SEE REVERSE SIDE FOR IMPORANT INFORMATION

Page 1

## STATEMENT OF ACCOUNTS

**Share 1     SHARE ACCOUNT**

| Eff date | Post | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|---|
| 09-30-04 | | Previous Balance | | | 29.26 |
| 10-31-04 | 1030 | Deposit Dividend | | 0.01 | 29.27 |
| | | Annual Percentage Yield Earned 0.40% for 31 Days | | | |
| 11-30-04 | | Deposit Dividend | | 0.01 | 29.28 |
| | | Annual Percentage Yield Earned 0.42% for 30 Days | | | |
| 12-31-04 | | Deposit Dividend | | 0.01 | 29.29 |
| | | Annual Percentage Yield Earned 0.40% for 31 Days | | | |
| 12-31-04 | | New Balance | | | 29.29 |

Interest of     0.12   has been paid year-to-date for this suffix.

**Share 2     SHARE ACCOUNT**

| Eff date | Post | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|---|
| 09-30-04 | | Previous Balance | | | 10.05 |
| 12-31-04 | | New Balance | | | 10.05 |

**Share 60    MONEY MARKET**

| Eff date | Post | Transaction Description | Withdrawal | Deposit | Balance |
|---|---|---|---|---|---|
| 09-30-04 | | Previous Balance | | | 25.46 |
| 12-31-04 | | New Balance | | | 25.46 |



**Sharon Credit Union**
42 Pond Street
Sharon, MA 02067
(781) 784-7725



SHARON
CREDIT·UNION

**STATEMENT PERIOD**

FROM:    10-01-04
TO:      12-31-04

Account No.    16325618

**SAMUEL JONES**
**PO BOX 191714**
**BOSTON    MA 02119-0032**

NOTICE: SEE REVERSE SIDE FOR IMPORANT INFORMATION                                    Page    2

```
                    S T A T E M E N T   O F   A C C O U N T S
****************************************************************************

              Dividends and Interest Paid for 2004

              Share   1 SHARE ACCOUNT              0.12
              Share   2 SHARE ACCOUNT              0.00
              Share  60 MONEY MARKET               0.00
              Loan   90 OVERDRAFT PROTECTION       0.00  (Non-Deductible)

     Total Dividends Reported as Taxable           0.12


****************************************************************************
```




SOVEREIGN BANK NEW ENGLAND  
10-411-CF1  
PO BOX 12646  
READING PA 19612-2646  

DIRECT INQUIRIES TO: 1-877-768-2265  
HEARING IMPAIRED: 1-800-428-9121 (TTY/TDD)  
DIRECT BUSINESS INQUIRIES TO: 1-877-768-1145  
ANYTIME BETWEEN 8:00AM AND 8:00PM MONDAY THROUGH  
FRIDAY AND 8:00AM TO 5:00PM ON SATURDAY  

FEDERAL ID NUMBER: 23-1237295                          3037            1

*[Handwritten: Case Name: JONES V. Sharon Credit Union  Case No: 1:04-CV-12652]*

SAMUEL JONES  
PO BOX 191714  
BOSTON MA 02119  

5918-21.6

YOUR TAXPAYER  
I.D. NUMBER:  
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  

TAX YEAR 2004

1099-INT   (OMB NO. 1545-0112) INTEREST INCOME STATEMENT  
1099-OID   (OMB NO. 1545-0117) ORIGINAL ISSUE DISCOUNT  
1099-DIV   (OMB NO. 1545-0110) DIVIDENDS AND DISTRIBUTIONS  

This is important tax information and is being furnished to the Internal Revenue Service.  
If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported.

---

FORM 1099-INT  

|                       | ACCOUNT NUMBER       | BRANCH | INTEREST (BOX 1) |
|---|---|---|---|
| STATEMENT SAVINGS     | 38400053054          | 00384  | 0.01 |
|                       | ACCOUNT STATUS:      | ACTIVE |      |
| NEW ACCOUNT BONUS     | 09400-1118-102753    | 09400  | 25.00 |
|                       | EFFECTIVE DATE: 11/18/04 |    |      |

TOTAL INTEREST INCOME NOT INCLUDED IN BOX 3    (BOX 1):     25.01  
TOTAL INTEREST ON U.S. SAVINGS BONDS, ETC...   (BOX 3):      0.00  
    TOTAL 1099-INT REPORTED TO THE IRS (BOXES 1 AND 3):     25.01  

PLEASE NOTIFY US PROMPTLY OF ANY CHANGE OF YOUR ADDRESS AND REPORT ANY ERROR WITHIN TEN DAYS.  
KEEP THIS COPY FOR YOUR RECORDS. DO NOT ATTACH IT TO YOUR INCOME TAX RETURN.

**Case Name: Jones v. Sharon Credit Union**

**Case Number: 1:04-cv-12652**

Samuel Jones
P.O. Box 191714
Boston, MA 02119
|||....|.|...||...|||.|..|...||