UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAMUEL JONES,
                Plaintiff,

v.                          Civil Action No. 04-12652-DPW

SHARON CREDIT UNION,
                Defendant.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court are plaintiff's applications (Docket Nos. 4, 7) to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The applications to proceed without prepayment of fees are:

☒     GRANTED.

☐     DENIED for the following reason(s):

☐     The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☒     The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, amended complaint, and this order upon defendant as directed by plaintiff with all costs of service to be advanced by the United States.

SO ORDERED.

4/19/05                                       /s/ Douglas P. Woodlock
DATE                                        DOUGLAS P. WOODLOCK
                                              UNITED STATES DISTRICT JUDGE