



May 20, 2005

United States District Court
Sarah Thornton, Clerk of the Court
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Madam Clerk:

Sharon Credit Union acknowledges service of a Summons for Case Number C.A.
No. 04-12652-DPN on May 12, 2005.

Sharon Credit Union denies all allegations made in the complaint. The Credit
Union has previously provided written documentation to Mr. Samuel Jones both
directly and through the Office of the Commissioner of Banks, Commonwealth of
Massachusetts, concerning the disposition of his accounts.

As summarized in a letter dated March 4, 2002 from James L. Carlson, President
of Sharon Credit Union to Office of the Commissioner of Banks, Mr. Jones did
deposit monies at the Credit Union and did subsequently make periodic
withdrawals of varying amounts thereby reducing the balances to their current
levels. Documentation of the account activity was provided at that time. Mr.
Jones received regular statements of his accounts from the time the account was
opened and he never once disputed any account activity disclosed on those
statements. Also, on May 11, 2001 Mr. Carlson provided Mr. Jones with
documentation of his account activity which substantiated the account balances at
that time. A copy of the cover letter for that communication is also attached.

With regard to the Trustee Account opened by Mr. Jones, Sharon Credit Union
did not serve in any fiduciary capacity with regard to the Trust. The Credit Union
was merely the depository for the funds. Mr. Jones was the Trustee and the only
person authorized to transact on the account.

Sharon Credit Union respectfully requests the Court to dismiss this case in favor
of Sharon Credit Union. Mr. Jones claims are without factual basis. Further, the

United States District Court                                    Page 2
Case # 04-12652-DPN


Credit Union has provided Mr. Jones with sufficient documentation to refute both his prior claims and this complaint.

Respectfully yours,

Mark C. Emerson
Chief Operating Officer

Enclosures:    Letter dated March 4, 2002
               Letter dated May 11, 2001

Cc:    Mr. Samuel Jones
       P.O. Box 191714
       Boston, MA 02119



# SHARON
### CREDIT·UNION

March 4, 2002

The Commonwealth of Massachusetts
Office of the Commissioner of Banks
Consumer Assistance Unit
One South Station
Boston, MA 02110

RE:                Samuel Jones
Complaint ID:      103204

Dear Sir/Madam:

We have reviewed our files on the above referenced matter and have determined the following:

On May 20, 1996, Mr. Jones opened a primary share account (#16325618) with an initial deposit in the amount of $32,000. On June 1, 1996, a trustee account for Mr. Jones was opened naming Hillary Jones as the beneficiary and $25,301.00 was transferred into that account from the primary share account.

Our records indicate that Mr. Jones did open a trustee account with $25,301.00. That money was credited to the account as specified. However, Mr. Jones made transactions after the deposit was made depleting the funds in the account.

A detailed listing of transactions that reduced that account to its present balance is attached.

We received correspondence from Mr. Jones in May of 2001. At that time, his concerns were addressed and a detailed listing was sent to him showing the transactions that determined his current balances.

If you have any questions or require additional information, please do not hesitate to contact me.

Sincerely,

James L. Carlson
President



### SHARON
**CREDIT•UNION**

May 11, 2001

Samuel Jones
P.O. Box 191714
Boston, MA 02119

RE:    Statements

Dear Mr. Jones:

Attached please find a copy of the statements you requested. These statements will detail the transactions that led to your current balance.

If after reviewing these statements you feel you need additional assistance, our research department will be happy to assist you. Our fees for our research department are $20.00/hr.

As always, it is a pleasure to serve our members.

Sincerely,


James Carlson
President