```
           UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS


SAMUEL JONES
     Plaintiff,

          v.                         CIVIL ACTION
                                     NO.04-12652-DPW

SHARON CREDIT UNION,
     Defendant.
```

### NOTICE OF DEFAULT

WOODLOCK, D.J.

    Upon application of the Plaintiff for an Order of Default for failure of the Defendant, **SHARON CREDIT UNION** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted **November 10, 2005.**

```
                         BY THE COURT,

                         /s/ Michelle Rynne
                         Deputy Clerk
```

November 10, 2005