```
              UNITED STATES DISTRICT COURT      FILED
                                                CLERKS OFFICE
                   DISTRICT OF MASSACHUSETTS

SAMUEL JONES                    CIVIL ACTION    2005 NOV 21  P 4: 13
    Plaintiff,                  No. 04-12652-DPW
                                                U.S. DISTRICT COURT
         v.                                     DISTRICT OF MASS.

SHARON CREDIT UNION,
    Defendant.
```

AFFIDAVIT IN SUPPORT OF NOTICE
OF DEFAULT JUDGMENT ENTERED
NOVEMBER 10, 2005

1. The plaintiff, Samuel Jones is a resident of Boston, County of Suffolk, Massachusetts.

2. The defendant is a Massachusetts Banking Corporation with a usual place of business in Sharon, County of Norfolk, Massachusetts.

3. The plaintiff has an account with the defendant credits union number 16325618, according to their record with such bank.

4. The money represented by the bank is his money set asided for Trust Account for shareholder's or depositor Defendant is duly obliged in contract to pay him/her said sum.

5. She/he has duly demanded of the defendant the payment of the sum represented by the book, to wit, $25,000, as of November 10, 2005, but the defendant refuses to pay said sum or refuses to answer or return multiple calls.

WHEREFORE the plaintiff demands judgment against the Defendant in the amount of $25,000 plus interest and costs. Attached is Affidavit of *Samuel Jones*.

*/s/ Samuel Jones*
SAMUEL JONES
10 Gardner Street
Boston, MA 02119
(617) 442-8067
November 21, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAMUEL JONES
    Plaintiff,

v.

CIVIL ACTION
NO. 04-12652-DPW

SHARON CREDIT UNION,
    Defendant.

---

AFFIDAVIT OF SAMUEL JONES

SAMUEL JONES being duly sworn, says that he is the person appointed by order of this Court dated MAY 12, 2005, to serve the summons and complaint herein upon Sharon Credit Union, the defendant in this action, and that on the __21__ day of November ~~10,~~ 2005, he made service thereof upon the said defendant by delivering a copy of the Default Judgment, Motions for Default Judgment and of the complaint at 30 Pond Street and at 42 Pond Street, both at Sharon, Massachusetts, to James L. Carslon, the general or president of the Sharon Credit Union.

                                        _/s/ Samuel Jones_
                                        SAMUEL JONES

Sworn to before me and subscribed in the presence this 21th day of __November__, 2005.

                                        _/s/ Matthew Payne_
                                        NOTARY PUBLIC

MATTHEW A. PAYNE
Notary Public
Commonwealth of Massachusetts
My Commission Expires
April 25, 2008

Appendix A

**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

SAMUEL JONES          )
  Plaintiff(s)     )
                   )
    v.           )   CIVIL ACTION NO. 04-12652-DPW
                   )
SHARON CREDIT UNION   )
  Defendant(s)    )

FORM OF
DEFAULT JUDGMENT

Defendant **SHARON CREDIT** having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ **25,000**; that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $ **250.00**, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant **Sharon Credit Union** the sum of $ **25,250**, with interest as provided by law.

                                                _____
                                                Deputy Clerk

Dated: **11/21/05**

4

CERTIFICATE OF SERVICE

I hereby certify that two true copy's of the foregoing documents were served upon Sharon Credit Union, James L. Carlson, president of record on the 21 day of November, 2005.

VIA REGULAR AND CERTIFIED MAIL

11/21/05
Date

Samuel Jones