November 24, 2005

Sharon Credit Union
30 Pond Street
Sharon, MA 02067

ATTN: Corporate,
   James L. Carlson
   President,

RE: Notice of Default Judgment
   Civil Action No. 04-12652,

Dear Mr. Carlson:

   The undersigned shareholder, Samuel Jones have made many calls, wrote letters, and request information pertaining to this account to dissolve this matter within 30 days of this letter (excluding the Judgment entered by Court September 15, 2005

   Plaintiff suggests settlement of $25,460, interest and cost be entered, an Affidavit of Samuel Jones filed with the Court. The owner of shares deposited or trust account for class member since May 1996 through December 24, 2005. In good faith, he suggests that the Sharon Credtit Union approves him a mortage loan in the amount $300,000 without subjecting him to restriction

   Upon these considerations, plaintiff will executed release of claims with respect to these civil rights cases. This matter whereof, entered September 15, 2005 is question before the Supreme Court. Should the Social Security Administration continues withholding disability income in the amount of $25,499.20 as "overpayment", and whether the defendants in violations of Class Member's constitional rights, retailation for reporting wrongdoings of ("Corporations")

   Wherefore, the undersigned for the Plaintiff Class and

1.

Defendant Sharon Credit Union upon approval of the Court will entered ("Stipulation and Order"). The Consent Decree, which has a duration of six years, will expire by its terms on December 24, 2011. This letter represents a remedy for settlement, and to afford further litigations with "such bank").

                                                      /s/ Samuel Jones
                                                     SAMUEL JONES
                                                     P.O. BOX 191714
                                                   Boston, Massachusetts 02119
                                                   (617) 442-8067

Dated: _November 24, 2005_

Encls,

   Stipulation and order[1]

cc: U.S. District Court Judge
    Douglas P. Woodlock
    For District of Massachusetts

        Hereto attached as Appendix A.

2.

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

APPENDIX A

---

SAMUEL JONE                    )
                               )
    Plaintiff - Appellant      )   Civil Action No.
                               )   04-12652-DPW
         v.                    )
                             1 )
SHARON CREDIT UNION, ET AL.,   )
                               )
    Defendants - Appellees     )

---

STIPULATION AND ORDER

---

The undersigned counsel as pro se for the Plaintiff Class and Defendant Sharon Credit Union have pursued these civil rights cases the negotiation and mediation procedures for incorporation of injunctive provisions into the collective bargaining agreement pursuant to Section V of the Consent Decree. Despite good faith efforts and progress in their discussions, the parties have been unable to resolve their differences. The Consent Decree, which has a duration of four years, will expire by its terms on June 30, 2004. Therefore, in order to facilitate the possibility of resolution between the parties of the incorporation issue, while deferring and minimizing the potential involvement of the Court, the parties hereby stipulate and agree as follows:

1.

1. The Consent Decree is extended in its entirety until December 24, 2008.

2. The parties agree to resume mediated negotiation concerning incorporation of injunctive provisions into the collective bargaining agreement no later than December 24, 2005, and to submit the issue for resolution to the Court, if necessary, not later than March 24, 2006, unless otherwise agreed by the parties.

3. This stipulation is entered without prejudice to the parties' rights pursuant to the provisions of the Consent Decree, which are expressly reserved.

Respectfully submitted,

*Samuel Jones*
Samuel Jones
Pro Se Counsel for Plaintiff Class
10 Gardner Street
Boston, Massachusetts 02119
(617) 442-8067

Dated: November 24, 2005

2.

CERTIFICATE OF SERVICE

I hereby certify that two true and correct copy's of the foregoing documents were served upon the person of record namely, James L. Carlson, Corporate's president, at 30 Pond Street, Sharon, MA 02067, by first class, postage prepaid mail on this __24__ day of November, 2005.

*Samuel Jones*

DATED: November 24, 2005