UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAMUEL JONES,

    Plaintiff

v.

SHARON CREDIT UNION

    Defendant

Civil Action No.
04-12652-DPW

AFFIDAVIT OF SAMUEL JONES

I, Samuel Jones, do hereby state that the Defendant Sharon Credit Union's president, James L. Carlson of such bank is not in the military service, and that plaintiff is unable to determine whether or not defendant's counsel or representative is in the military service. I do know that he is a person of suitable age and discretion then residing in the defendant's usual place of abode on date of delivery November 23, 2005. (Return Receipt No. 7005-1820-0001-4895- 0417).

    Under pains of perjury.

                                                    /s/ Samuel Jones
                                                   SAMUEL JONES

Dated: December 7, 2005

CERTIFICATE OF SERVICE

I hereby certify that Affidavit of Samuel Jones was served upon Sharon Credit Union, president James L. Carlson, at 30 Pond Street, Sharon, MA 02067, prepaid postage, regular mail on _7_ day of December, 2005.

_12-07-05_
Dated:

_Samuel Jones_
Samuel Jones