FILED
IN CLERKS OFFICE

2005 DEC 23 P 2: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SAMUEL JONES
   Plaintiff,

v.

SHARON CREDIT UNION,
   Defendant.

CIVIL ACTION
No. 04-12652-DPW

AFFIDAVIT IN SUPPORT OF NOTICE
OF DEFAULT JUDGMENT ENTERED
NOVEMBER 10, 2005

1. The plaintiff, Samuel Jones is a resident of Boston, County of Suffolk, Massachusetts.

2. The defendant is a Massachusetts banking Corporation with a usual place of business in Sharon, County of Norfolk, Massachusetts.

3. The plaintiff has an account with the defendant credits union number 16325618, according to their record with such bank.

4. The money represented by the bank is his money set asided for Trust Account for shareholder's or depositor Defendant is duly obliged in contract to pay him/her said sum.

5. She/he has duly demanded of the defendant the payment of the sum represented by the book, to wit, $25,000, as of November 10, 2005, but the defendant refuses to pay said sum or refuses to answer or return multiple calls.

*WHEREFORE the plaintiff demands judgment against the Defendant in the amount of $25,000 plus interest and costs. Attached is Affidavit of Samuel Jones.*

*Samuel Jones*
*SAMUEL JONES*
*10 Gardner Street*
*Boston, MA 02119*
*(617) 442-8067*
*November 21, 2005*