UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2005 DEC 23 P 2: 20

APPENDIX A

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

SAMUEL JONE             )
                        )
   Plaintiff - Appellant ) Civil Action No.
                        ) 04-12652-DPW
          v.            )
                      1 )
SHARON CREDIT UNION, ET AL., )
                        )
   Defendants - Appellees )

---

STIPULATION AND ORDER

---

The undersigned counsel as pro se for the Plaintiff Class and Defendant Sharon Credit Union have pursued these civil rights cases the negotiation and mediation procedures for incorporation of injunctive provisions into the collective bargaining agreement pursuant to Section V of the Consent Decree. Despite good faith efforts and progress in their discussions, the parties have been unable to resolve their differences. The Consent Decree, which has a duration of four years, will expire by its terms on June 30, 2004. Therefore, in order to facilitate the possibility of resolution between the parties of the incorporation issue, while deferring and minimizing the potential involvement of the Court, the parties hereby stipulate and agree as follows:

1. The Consent Decree is extended in its entirety until December 24, 2008.

2. The parties agree to resume mediated negotiation concerning incorporation of injunctive provisions into the collective bargaining agreement no later than December 24, 2005, and to submit the issue for resolution to the Court, if necessary, not later than March 24, 2006, unless otherwise agreed by the parties.

3. This stipulation is entered without prejudice to the parties' rights pursuant to the provisions of the Consent Decree, which are expressly reserved.

Respectfully submitted,

*Samuel Jones*
Samuel Jones
Pro Se Counsel for Plaintiff Class
10 Gardner Street
Boston, Massachusetts 02119
(617) 442-8067

Dated: November 24, 2005

2.