December 30, 2005

United States District Court
  Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:  Proposed Settlement
     C.A. No. 04-12652-DPW

Dear

   Enclosed please find for filing plaintiff Samuel Jones proposed satisfaction of a money judgment against James L. Carlson, President of Sharon Credit Union, under Local Rule 58.2(a)(c). The parties shall file in the office of the Clerk a signed agreement for judgment or stipulation for dismissal, as appropriate, within thirty (30) days, unless the court otherwise orders.

Plaintiff requests for the Clerk to accept payment into Court on behalf of trustee(s). If you have further questions, please call me at (617) 442-8067.

Thank you for your attention in this matter.

                                   Sincerely,

                                   Samuel Jones
                                   P.O. Box 191714
                                   Boston, MA 02119

Encls.,

cc: Sharon Credit Union
    Corporate Office
    30 Pond Street
    Sharon, MA 02067
    Attn: James L Carlson,