MAY 26, 2006

TO: Judge Douglas P. Woodlock
    Richard Nici,

FROM: Samuel Jones
      P.O. Box 191714
      Boston, MA 02119

RE: Cases pending before the court including Civil Action # 04-12652- (Samuel Jones v. Sharon Credit Union.)

ATTN: Please note that there is a dispute over my telephone service with MCI and Instar elebic. Telephone #(617) 442-8067 has been shut off, and electric service sheduled to be shut off by May 29, 2006.

Note: If the electric service is shutoff, I will not be able to cook, and at present, I have been using electrical heaters for last few months, to heat my Apartment at 10 Gardner Street. In additional, my telephone service for long distance & local service has been shut off, and I can not dial 911 for emergency- I have a disability.
(turn over)

DOCKETED

FILED IN CLERKS OFFICE
2006 MAY 26 A 11:37
U.S. DISTRICT COURT
DISTRICT OF MASS.

(20)

I have not received any information from the Sharon Credit Union for settlement of my claim.

I am requesting further instructions from the court, before I file documents with U.S. Supreme court.

Enclosed, please find for filing with the court a copy of documents filed with the Dept. of Veterans Affairs.

If you have further questions regarding this matter, please leave a message with daughter Leslie Jones (617) 325-3658.

Sincerely,

Samuel Jones

NOVEMBER 28, 2005

Community Justice Program, Inc.
Eva H. Clark, Esq.
Executive Director
964 Parker Street
Jamaica Plains, MA 02130
(617) 522-7870

Dear Attorney Clark:

This matter concern my daughter Tiffany Jones, who was sexually harass while employed at Target Corp., South Bay Mall, South Boston April of 2005. She brought the complaint to the Human Resource Manager, or supervisor Michael. Tiffany was sexually assults three times by the company employee, Mohammed Ahmeed. The supervisor asked Tiffany to keep her mouth shut. The worker remained with the company, while Tiffany was terminated on September 20, 2005. I would like for you at your earlier convenience to call Tiffany at (617) 686-2680 or if possible adviser her of counsel. I believe this matter is connect to the judgment entered September 15, 2005 regarding Corporations. I would appreciate if this matter is kept secret. I will be filing documents with the Court within two-weeks regarding class members. My daughters has been harassed by ("Corporations" If you have any questions, please call me at (617) 442-8067. Thank you for your attention in this matter.

Sincerely,

*Samuel Jones*
SAMUEL JONES
P.O. BOX 191714
Boston, MA 02119

file,