UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMUEL JONES,<br>    Plaintiff<br>v.<br><br>SHARON CREDIT UNION<br>    Defendant. | )<br>)<br>)<br>) Civil Action No. 04-CV-12652-DPW<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO    Clerk, United States District Court, District of Massachusetts:

Please enter the appearance of the undersigned on behalf of the Defendant Sharon Credit Union, James L. Carlson and Christine Manning in the above matter.

    Respectfully submitted,
    SHARON CREDIT UNION, CHRISTINE
    MANNING and JAMES L. CARLSON
    By their attorneys,

    __/s/ John B. Harkavy_____
    John B. Harkavy, Esq. BBO#  541900
    Bernkopf Goodman LLP
    125 Summer Street, 13th floor
    Boston, Massachusetts 02110
    Phone: (617) 790-3000
    Fax:    (617) 790-3300
    jharkavy@bg-llp.com

Dated:  June 26, 2006
#340994 v1/36759/1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon pro se Plaintiff Samuel Jones, 10 Gardner Street, Boston, MA 02119 on June 26, 2006 by hand.

/s/ John B. Harkavy