UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMUEL JONES,<br>      Plaintiff<br>v.<br><br>SHARON CREDIT UNION<br>      Defendant. | )<br>)<br>)<br>) Civil Action No. 04-CV-12652-DPW<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

TO    Clerk, United States District Court, District of Massachusetts:

Please enter the appearance of the undersigned on behalf of the Defendant Sharon Credit Union, James L. Carlson and Christine Manning in the above matter.

> Respectfully submitted,
> SHARON CREDIT UNION, CHRISTINE
> MANNING and JAMES L. CARLSON
> By their attorneys,
>
> _____/s/ Richard B. Michaud_____
> Richard B. Michaud, Esq. BBO#: 345000
> Bernkopf Goodman LLP
> 125 Summer Street, 13th floor
> Boston, Massachusetts 02110
> Phone: (617) 790-3000
> Fax:    (617) 790-3300
> rmichaud@bg-llp.com

Dated:  June 26, 2006
#341078 v1/36759/1

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon pro se Plaintiff Samuel Jones, 10 Gardner Street, Boston, MA 02119 on June 26, 2006 by hand.

/s/ John B. Harkavy