UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAMUEL JONES,
    Plaintiff

v.

SHARON CREDIT UNION
    Defendant.

Civil Action No. 04-CV-12652-DPW

## NOTICE OF APPEARANCE

To Clerk, United States District Court, District of Massachusetts:

Please enter my appearance of the undersigned, Pro se, the Plaintiff Samuel Jones and Hillary Jones as Trustees of the Account in the above matter.

Respectfully submitted,
SAMUEL JONES, Pro se

Dated: June 27, 2006

by Samuel Jones
10 Gardner Street
Boston, MA 02119
(617) 792-0986