UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SAMUEL JONES,                )
    Plaintiff            ) Civil Action No.04-CV-12652-DPW
                             )
v.                           )
                             )
SHARON CREDIT UNION          )
    Defendant.           )

### NOTICE OF APPEARANCE

TO  Clerk, United States District Court, For The District of Massachusetts.

RE  Reply Answer to Complaint For Default Judgment.

Please enter the appearance of the undersigned as pro se on behalf of the Plaintiff Samuel Jones in the above entitled matter.

Respectfully submitted,

_____
Samuel Jones, Pro Se
10 Gardner Street
Boston, Massachusetts 02110
617- 792-0986

Dated: August 18, 2006

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon Defendant's Counsel, Richard B. Michaud, Bernkopf Goodman LLP, 125 Summer Street, 13th floor, Boston, Massachusetts 02110 on August 14, 2006 by CERTIFIED MAIL.

_____
SAMUEL JONES