UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

SAMUEL JONES,

    Plaintiff

    V.

SHARON CREDIT UNION

    Defendant

Civil Action No.

04-12652-DPW

## Notice

This Notice is to informed the Court that Samuel Jones has entered the New England Shelter for Homeless veterans on October 4, 2006, at 17 Court Street, Boston, MA 02108

Please forward all mail to my Current P.O. Box 191714, Boston, MA 02119.

My Cellphone # 617-792-0986

Respectfully Submitted,

Samuel Jones

October 12, 2006

Cc. Sharon Credit Union -