```
                 UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS


SAMUEL JONES,                    )
     Plaintiff,                  )
                                 )
     v.                          )    CIVIL ACTION NO.
                                 )    04-12652-DPW
SHARON CREDIT UNION, ET AL.,     )
     Defendants.                 )
```

MEMORANDUM AND ORDER
March 30, 2007

Having carefully reviewed *pro se* plaintiff's complaint and supporting submissions with a view toward determining whether there are any claims made (or somehow suggested) that may fall within the jurisdiction of this federal court, I can find none.

By terms, the plaintiff's claims are brought under state law. A federal question is not asserted nor can one even reasonably be hypothesized. Consequently, there is no federal question jurisdiction. *See generally*, 28 U.S.C. § 1331.

There is no diversity between the parties. In any event, the requisite jurisdictional amount is not alleged or otherwise evident. Consequently, there is no diversity jurisdiction. *See generally*, 28 U.S.C. § 1332.

While recognizing that the defendants' arguments with respect to failure to state a claim and failure to make appropriate service appear to have significant force, I do not reach those arguments because this court is without jurisdiction

to entertain them.

Accordingly, having earlier set aside the default of the defendants, I hereby ALLOW the defendants' motion to dismiss (No. 23) and DENY the plaintiff's motion to grant jurisdiction (No. 28).

The Clerk is directed to dismiss this case.

/s/ Douglas P. Woodlock
_____
DOUGLAS P. WOODLOCK
UNITED STATES DISTRICT JUDGE