```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS


SAMUEL JONES,                   )
     Plaintiff,                 )
                                )
     v.                         )    CIVIL ACTION NO.
                                )    04-12652-DPW
SHARON CREDIT UNION, ET AL.,    )
     Defendants.                )
```

## ORDER OF DISMISSAL

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued March 30, 2007, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

```
                              BY THE COURT,


                              /s/ Michelle Rynne
                              Deputy Clerk
```

DATED: March 30, 2007