UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL JONES,<br>    Plaintiff<br><br>SHARON CREDIT UNION, ET AL.,<br>    Defendants, | CIVIL ACTION NO.<br>04-CV-12652-DPW |

NOTICE OF APPEAL TO A COURT OF APPEALS FROM
A JUDGMENT AND ORDER OF A DISTRICT COURT

Notice is hereby given that Samuel Jones, plaintiff in the above named case hereby appeal to the United States Court of Appeals for the First Circuit from an order allowing the defendants' motion to dismiss and denying plaintiff's motion to grant jurisdiction entered in this action on the 30 day of March, 2007.

BY: *Samuel Jones*
Samuel Jones, Pro Se
1 Mount Pleasant Place
Boston, Massachusetts 02119

Mail To:  P.O. BOX 191714
Boston, Massachusetts 02119

Dated: April 9, 2006

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon Defendants' Counsel, Richard B. Michaud, 125 Summer Street, 13th floor Boston, Massachusetts 02110 on April 9, 2007 by hand.