UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SAMUEL JONES,<br>    Plaintiff<br>v.<br>SHARON CREDIT UNION<br>    Defendant. | Civil Action No. 04-CV-12652-DPW |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S OPPOSITION TO DEFENDANTS MOTION TO DISMISS

The Defendants Sharon Credit Union, James L. Carlson and Christine Manning hereby oppose Plaintiff's Opposition as inapplicable to the current status of litigation. The Court has already ruled on the Motion to Dismiss and therefore the Opposition is untimely and inappropriate for the reasons that the Court has already stated in its Memorandum and Order dated March 30, 2007. The case has already been dismissed and should remain dismissed.

Respectfully submitted,
SHARON CREDIT UNION, JAMES L.
CARLSON and CHRISTINE MANNING
By their attorneys,

_____/s/ Richard B. Michaud_____
Richard B. Michaud, Esq. BBO#: 345000
John B. Harkavy, Esq. BBO# 541900
Bernkopf Goodman LLP
125 Summer Street, 13th floor
Boston, Massachusetts 02110
Phone: (617) 790-3000
Fax:    (617) 790-3300
rmichaud@bg-llp.com
jharkavy@bg-llp.com

Dated: April 17, 2007
#425122 v1/36759/1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon pro se Plaintiff Samuel Jones, P. O. Box 191714, Boston, MA 02119 by first class mail.

/s/ Richard B. Michaud