UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SAMUEL JONES,<br>    Plaintiff<br>v.<br><br>SHARON CREDIT UNION<br>    Defendant. | )<br>)<br>)<br>)  Civil Action No. 04-CV-12652-DPW<br>)<br>)<br>)<br>) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR A NEW TRIAL AFTER JUDGMENT ENTERED

The Defendants Sharon Credit Union, James L. Carlson and Christine Manning hereby oppose the Plaintiff's "Motion for a New Trial After Judgment Entered". This matter was resolved by Memorandum and Order of the Court dated March 30, 2007. The Court has already ruled that there is no federal question jurisdiction and there is no diversity between the parties. Accordingly, the Court has allowed the Defendant's Motion to Dismiss and denied the Plaintiff's Motion to Grant Jurisdiction.

Accordingly, the Motion for New Trial After Judgment Entered is inapplicable in the current status of the litigation, is without merit and should be denied.

Respectfully submitted,
SHARON CREDIT UNION, JAMES L.
CARLSON and CHRISTINE MANNING
By their attorneys,


          /s/ Richard B. Michaud
Richard B. Michaud, Esq. BBO#: 345000
John B. Harkavy, Esq. BBO# 541900
Bernkopf Goodman LLP
125 Summer Street, 13th floor
Boston, Massachusetts 02110
Phone: (617) 790-3000
Fax:    (617) 790-3300
rmichaud@bg-llp.com
jharkavy@bg-llp.com

Dated: April 17, 2007
#425120 v1/36759/1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the above document was served upon pro se Plaintiff Samuel Jones, P. O. Box 191714, Boston, MA 02119 by first class mail.

/s/ Richard B. Michaud