UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-12652

Samuel Jones

v.

Sharon Credit Union, et al

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-4, 6-38

and contained in 1 Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 4/9/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on May 2, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 5/2/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
# District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:04-cv-12652-DPW

Jones v. Sharon Credit Union
Assigned to: Judge Douglas P. Woodlock
Cause: 47:151 Federal Communications Act of 1934

Date Filed: 12/10/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

**Samuel Jones**  represented by  **Samuel Jones**
P.O. Box 191714
Boston, MA 02119
857-492-1797
PRO SE

I hereby certify on 5/2/07 that the
foregoing document is true and correct copy of the
☐ electronic docket in the captioned case
☐ electronically filed original filed on ____
☐ original filed in my office on ____
Sarah A. Thornton
Clerk, U.S. District Court
District of Massachusetts
/s/ Deputy Clerk

V.

**Defendant**

**Sharon Credit Union**  represented by  **Sharon Credit Union**
c/o Mark Emerson
30 Pond Street
Sharon, MA 02067
781-784-7725
Fax: 781-784-0509
PRO SE

**Richard B. Michaud**
Bernkopf Goodman LLP
125 Summer Street
Boston, MA 02110
617-790-3000
Fax: 617-790-3300
Email: rmichaud@bg-llp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John B. Harkavy**
Bernkopf Goodman LLP
125 Summer Street
Boston, MA 02110
617-790-3000

Fax: 617-790-3000
Email: jharkavy@bg-llp.com
*ATTORNEY TO BE NOTICED*

**Defendant**

James L. Carlson      represented by **John B. Harkavy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Christine Manning      represented by **John B. Harkavy**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/2004 | 1 | MOTION for Leave to Proceed in forma pauperis by Samuel Jones.(Jenness, Susan) (Entered: 12/17/2004) |
| 12/10/2004 | 2 | COMPLAINT against Sharon Credit Union, filed by Samuel Jones.(Jenness, Susan) (Entered: 12/17/2004) |
| 12/10/2004 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Alexander. (Jenness, Susan) (Entered: 12/17/2004) |
| 01/12/2005 | 3 | Judge Douglas P. Woodlock : ORDER entered denying 1 Motion for Leave to Proceed in forma pauperis WITHOUT PREJUDICE for the following reason(s): Plaintiff has failed to completely answer questions five and six on the application concerning ownership of property and dependents. Plaintiff shall either file a new application to proceed without prepayment of fees or pay the $150.00 filing fee within 35 days or this action shall be dismissed without prejudice. Order mailed to plaintiff with new filing fee application. (Morse, Barbara) (Entered: 01/13/2005) |
| 01/13/2005 |  | Notice of correction to docket made by Court staff. Correction: plaintiff's mailing address corrected because: because plaintiff has handwritten note document (summons) stating that mail after January 2005 should be sent to P.O. Box 191714, Boston, MA 02119. Plaintiff's address at 178 Humboldt Avenue, Suite #3, Boston, MA 02121 was removed from the docket and the January 12th order was mailed to plaintiff at the post office box. (Morse, Barbara) (Entered: 01/13/2005) |
| 01/13/2005 |  | Set Deadlines/Hearings: Plaintiff to either pay $150 filing fee or file new fee-waiver application by 2/16/2005. (Morse, Barbara) (Entered: 01/13/2005) |

| 01/25/2005 | 4 | Application to proceed without payment of fees and file in forma pauperis by Samuel Jones.(Nici, Richard) (Entered: 02/04/2005) |
|---|---|---|
| 02/16/2005 | 6 | COMPLAINT against Sharon Credit Union Filing fee: , filed by Samuel Jones.(Nici, Richard) (Entered: 02/23/2005) |
| 02/16/2005 | 7 | MOTION for Leave to Proceed in forma pauperis by Samuel Jones.(Nici, Richard) (Entered: 03/03/2005) |
| 04/19/2005 | 8 | Judge Douglas P. Woodlock : ORDER entered granting 4 Motion for Leave to Appeal in forma pauperis, granting 7 Motion for Leave to Proceed in forma pauperis. The Clerk shall issue summonses and the United States Marshal shall serve a copy of the summons, amended complaint, and this order upon defendant as directed by plaintiff with all costs of service to be advanced by the United States. (Morse, Barbara) (Entered: 04/19/2005) |
| 04/19/2005 |  | Summons Issued as to Sharon Credit Union. Mailed to plaintiff with USM 285 forms, notice for service by U.S. Marshal and L.R. 4.1. (Morse, Barbara) (Entered: 04/19/2005) |
| 05/19/2005 | 9 | SUMMONS Returned Executed Sharon Credit Union served on 5/12/2005, answer due 6/1/2005. (Nici, Richard) (Entered: 05/19/2005) |
| 05/23/2005 | 10 | Letter/request (non-motion) from Mark C. Emerson. (Nici, Richard) (Entered: 05/24/2005) |
| 11/10/2005 | 11 | NOTICE: Clerk's ENTRY OF DEFAULT as to Sharon Credit Union. (Rynne, Michelle) (Entered: 11/10/2005) |
| 11/10/2005 | 12 | Judge Douglas P. Woodlock : ORDER entered. STANDING ORDER on motions for default judgment. (Rynne, Michelle) (Entered: 11/10/2005) |
| 11/21/2005 | 13 | AFFIDAVIT in Support re 11 Notice: Clerk's Entry of Default, 12 Standing Order re motions for default judgment. (Nici, Richard) (Entered: 11/22/2005) |
| 11/30/2005 | 14 | Letter/request (non-motion) from Samuel Jones. (Attachments: # 1 Exhibit)(Nici, Richard) (Entered: 11/30/2005) |
| 12/08/2005 | 15 | AFFIDAVIT of Samuel Jones by Samuel Jones. (Nici, Richard) (Entered: 12/13/2005) |
| 12/23/2005 | 16 | AFFIDAVIT in Support re 11 Notice: Clerk's Entry of Default. (Nici, Richard) (Entered: 12/27/2005) |
| 12/23/2005 | 17 | STIPULATION & ORDER by Samuel Jones. (Nici, Richard) (Entered: 12/27/2005) |
| 01/05/2006 | 18 | Proposed Document(s) submitted by Samuel Jones. Document received: agreement for Judgment. (Attachments: # 1 Release of claim)(Nici, Richard) (Entered: 01/10/2006) |

| | | |
|---|---|---|
| 01/09/2006 | 19 | Letter/request (non-motion) from Samuel Jones. (Nici, Richard) (Entered: 01/12/2006) |
| 05/26/2006 | 20 | Letter/request (non-motion) from Samuel Jones. (Nici, Richard) includes documents with personal identifiers that were not scanned, but will be kept on file in the Clerk's office. (Entered: 05/30/2006) |
| 06/12/2006 | | ELECTRONIC NOTICE of Hearing : Status Conference regarding DEFAULT set for 6/27/2006 02:30 PM in Courtroom 1 before Judge Douglas P. Woodlock. (Rynne, Michelle) (Entered: 06/12/2006) |
| 06/26/2006 | 21 | NOTICE of Appearance by John B. Harkavy on behalf of James L. Carlson, Christine Manning, Sharon Credit Union (Harkavy, John) (Entered: 06/26/2006) |
| 06/26/2006 | 22 | NOTICE by Sharon Credit Union, James L. Carlson, Christine Manning *Notice of Appearance for Richard Michaud* (Harkavy, John) (Entered: 06/26/2006) |
| 06/26/2006 | 23 | MOTION to Dismiss *or alternative to remove default*, MOTION to Set Aside Default *with Certificate of Service* by Sharon Credit Union, James L. Carlson, Christine Manning. (Attachments: # 1 Exhibit)(Harkavy, John) (Entered: 06/26/2006) |
| 06/26/2006 | 24 | MEMORANDUM in Support re 23 MOTION to Dismiss *or alternative to remove default* MOTION to Set Aside Default *with Certificate of Service with certificate of service* filed by Sharon Credit Union, James L. Carlson, Christine Manning. (Harkavy, John) (Entered: 06/26/2006) |
| 06/26/2006 | 25 | ANSWER to Complaint *with Certificate of Service* by Sharon Credit Union, James L. Carlson, Christine Manning.(Harkavy, John) (Entered: 06/26/2006) |
| 06/26/2006 | 26 | AFFIDAVIT in Support re 23 MOTION to Dismiss *or alternative to remove default* MOTION to Set Aside Default *with Certificate of Service of James L. Carlson.* (Harkavy, John) Additional attachment(s) added on 6/26/2006 (Nici, Richard). (Entered: 06/26/2006) |
| 06/27/2006 | | ElectronicClerk's Notesfor proceedings held before Judge Douglas P. Woodlock : Status Conference held on 6/27/2006. 23 MOTION to Set Aside Default ALLOWED. Responses to 23 MOTION to Dismiss due by 8/18/2006. (Court Reporter Pam Owens.) (Rynne, Michelle) (Entered: 06/27/2006) |
| 06/27/2006 | 27 | NOTICE of Appearance by Samuel Jones (Nici, Richard) (Entered: 06/29/2006) |
| 08/25/2006 | 28 | MOTION to grant jursidiction by Samuel Jones.(Nici, Richard) (Entered: 08/28/2006) |
| 08/25/2006 | 29 | MEMORANDUM in Support re 28 MOTION to grant jursidiction filed by Samuel Jones. (Attachments: # 1 Exhibit # 2 Affidavit)(Nici, Richard) (Entered: 08/28/2006) |

| 08/25/2006 | 30 | NOTICE of Appearance by Samuel Jones (Nici, Richard) (Entered: 08/28/2006) |
|---|---|---|
| 10/12/2006 | 31 | NOTICE by Samuel Jones (Nici, Richard) (Entered: 10/12/2006) |
| 03/30/2007 | 32 | Judge Douglas P. Woodlock : MEMORANDUM AND ORDER entered granting 23 Motion to Dismiss, denying 28 Motion to grant jurisdiction; the Clerk is directed to dismiss this case. (Woodlock, Douglas) Modified on 4/2/2007 (Rynne, Michelle). (Entered: 04/02/2007) |
| 03/30/2007 | 33 | Judge Douglas P. Woodlock : ORDER entered. ORDER DISMISSING CASE.(Rynne, Michelle) Modified on 4/2/2007 (Rynne, Michelle). (Entered: 04/02/2007) |
| 04/09/2007 | 34 | MEMORANDUM in Opposition re 23 MOTION to Dismiss *or alternative to remove default* MOTION to Set Aside Default *with Certificate of Service* filed by Samuel Jones. (Nici, Richard) (Entered: 04/10/2007) |
| 04/09/2007 | 35 | NOTICE OF APPEAL as to 33 Order Dismissing Case by Samuel Jones NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 4/30/2007. (Nici, Richard) (Entered: 04/10/2007) |
| 04/09/2007 | 36 | MOTION for New Trial by Samuel Jones. (Attachments: # 1 Affidavit)(Nici, Richard) (Entered: 04/10/2007) |
| 04/17/2007 | 37 | REPLY to Response to Motion re 23 MOTION to Dismiss *or alternative to remove default* MOTION to Set Aside Default *with Certificate of Service with Certificate of Service on Pro Se Plaintiff* filed by Sharon Credit Union, James L. Carlson, Christine Manning. (Michaud, Richard) (Entered: 04/17/2007) |
| 04/17/2007 | 38 | Opposition re 36 MOTION for New Trial *with Certificate of Service on Pro Se Plaintiff* filed by Sharon Credit Union, James L. Carlson, Christine Manning. (Michaud, Richard) (Entered: 04/17/2007) |
| 04/18/2007 | | Judge Douglas P. Woodlock : Electronic ORDER entered denying 36 Motion for New Trial. The Court construes 36 Motion for New Trial as a Motion to Reconsider the Order for Dismissal of this action, and as such, the Motion to Reconsider is hereby DENIED. (Rynne, Michelle) (Entered: 04/18/2007) |