**MANDATE**

# United States Court of Appeals
## For the First Circuit

No. 07-1692

SAMUEL JONES,

Plaintiff, Appellant,

v.

SHARON CREDIT UNION, ET AL.,

Defendants, Appellees.

Before

Boudin, *Chief Judge*,
Selya, *Senior Circuit Judge*,
and Lipez, *Circuit Judge*.

JUDGMENT

Entered:  November 1, 2007

   The appellant has appealed from the district court's May 30, 2007 Memorandum and Order dismissing his suit for lack of subject matter jurisdiction.  On appeal, he does not address that ruling, but seeks to revisit a prior ruling by the court.  Given the lack of briefing on the dispositive issue, we affirm.  See Amann v. Stow School System, 982 F.2d 644, 651 (1st Cir. 1992) (applying the rule that inadequately briefed appellate issues are deemed waived to a pro se appellant).

   Affirmed.  See 1st Cir. Loc. R. 27.0(c).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: NOV 26 2007

By the Court:

Richard Cushing Donovan, Clerk.

By: _____
     Chief Deputy Clerk.

[cc: Mr. Jones, Mr. Michaud and Mr. Harkavy]